UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FLORENTINO VILLAGOMEZ, JR.,

            Plaintiff,                          ORDER

    v.                                     Case No. 12-cv-632-wmc

MAC PROCESS, INC., *et al.*,

            Defendants.

---

The court having been advised by counsel for plaintiff that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 7th day of February, 2014.

                                            William M. Conley
                                            District Judge